UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 07 B 16836 |
| DARTANIA C PRICE | |
| CARMELLA PRICE | CHAPTER 13 |
| | JUDGE: SUSAN PIERSON SONDERBY |
| Debtor | |
| SSN XXX-XX-6884    SSN XXX-XX-0022 | |

--------------------------------------------------------------------------
TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------

The case was filed on 09/14/2007 and was not confirmed.

The case was dismissed without confirmation 01/10/2008.

--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 712.40 | .00 | .00 |
| B-REAL LLC | UNSECURED | 550.44 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 22572.00 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 975.82 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| CONTINENTAL FURNITURE | SECURED | 3102.00 | .00 | .00 |
| GATEWAY FINANCIAL SERVIC | SECURED VEHIC | 8367.00 | .00 | .00 |
| AFNI INC | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED INTERSTATE INC | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| AMERICOLLECT INC | UNSECURED | NOT FILED | .00 | .00 |
| AMERICOLLECT INC | UNSECURED | NOT FILED | .00 | .00 |
| AMERICOLLECT INC | UNSECURED | NOT FILED | .00 | .00 |
| CALIFORNIA STUDENT AID | UNSECURED | NOT FILED | .00 | .00 |
| CALIFORNIA STUDENT AID | UNSECURED | NOT FILED | .00 | .00 |
| CAVALRY PORTFOLIO SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| CAVALRY PORTFOLIO SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| CBCS | UNSECURED | NOT FILED | .00 | .00 |
| CCA | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED RECOVERY SYS | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED RECOVERY SYS | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION | UNSECURED | NOT FILED | .00 | .00 |
| DEBT CREDIT SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| DEBT CREDIT SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 508.76 | .00 | .00 |
| ER SOLUTIONS INC | UNSECURED | NOT FILED | .00 | .00 |
| FMS INC | UNSECURED | NOT FILED | .00 | .00 |

PAGE  1 - CONTINUED ON NEXT PAGE
CASE NO. 07 B 16836 DARTANIA C PRICE & CARMELLA PRICE

| | | | | |
|---|---|---|---|---|
| GREENWICH FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| GREATER SUBURBAN ACCEPTA | UNSECURED | 14055.87 | .00 | .00 |
| HARRIS | UNSECURED | NOT FILED | .00 | .00 |
| HARRIS | UNSECURED | NOT FILED | .00 | .00 |
| HARRIS | UNSECURED | NOT FILED | .00 | .00 |
| HARRIS | UNSECURED | NOT FILED | .00 | .00 |
| HARRIS | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| LINCOLN TECH | UNSECURED | NOT FILED | .00 | .00 |
| MONEY CK REC | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL CREDIT SYSTEMS | UNSECURED | 2956.07 | .00 | .00 |
| NCA | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| HIGHER EDUCATION STUDENT | UNSECURED | 3676.51 | .00 | .00 |
| PENTAGROUP FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 457.12 | .00 | .00 |
| RMI/MCSI | UNSECURED | 10875.00 | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 230.43 | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |

```
RMI/MCSI                      UNSECURED      NOT FILED              .00              .00
RMI/MCSI                      UNSECURED      NOT FILED              .00              .00
RMI/MCSI                      UNSECURED      NOT FILED              .00              .00
RMI/MCSI                      UNSECURED      NOT FILED              .00              .00
RESURGENT CAPITAL SERVIC      UNSECURED      NOT FILED              .00              .00
SUPERIOR MANAGEMENT           UNSECURED      NOT FILED              .00              .00
TEK COLLECT                   UNSECURED      NOT FILED              .00              .00
TEX COLLECTION AGENCY         UNSECURED      NOT FILED              .00              .00
THE DIAMOND CENTER            UNSECURED      NOT FILED              .00              .00
GREENWICH FINANCE             SECURED NOT I  5000.00                .00              .00
GATEWAY FINANCIAL SERVIC      UNSECURED       444.14                .00              .00
PORTFOLIO RECOVERY ASSOC      UNSECURED      3830.95                .00              .00
ILLINOIS DEPT OF REVENUE      PRIORITY         46.05                .00              .00
ILLINOIS DEPT OF REVENUE      UNSECURED        87.00                .00              .00
ECMC                          UNSECURED      6420.59                .00              .00
ERNESTO D BORGES JR           DEBTOR ATTY       .00                                  .00
TOM VAUGHN                    TRUSTEE                                                .00
DEBTOR REFUND                 REFUND                                                 .00
```

Summary of Receipts and Disbursements:

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | .00 | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | .00 |
| TRUSTEE COMPENSATION | | .00 |
| DEBTOR REFUND | | .00 |
| TOTALS | .00 | .00 |

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 04/23/08           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                         PAGE  3
           CASE NO. 07 B 16836 DARTANIA C PRICE & CARMELLA PRICE